

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00557-CV

**IN RE** Rebekah **KILLION**

Original Proceeding[1]

PER CURIAM

Sitting:    Patricia O. Alvarez, Justice
            Irene Rios, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: August 30, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On May 30, 2023, Relator filed a petition for writ of mandamus. The next day, Relator filed a motion to stay trial. On June 1, 2023, we granted the motion to stay the pending trial, and we requested a response from Real Party in Interest. After considering the petition, Real Party in Interest's Second Amended Response, and the record, we conclude Relator is not entitled to the relief sought. Accordingly, Relator's petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Our June 1, 2023 stay of the then-pending trial is lifted. Relator's August 18, 2023 motion for sanctions is denied.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2020-CI-11671, styled *In the Matter of the Marriage of Matthew Killion and Rebekah M. Killion*, pending in the 285th Judicial District Court, Bexar County, Texas. The Honorable Laura Salinas, Presiding Judge of the 166th Judicial District Court, Bexar County, Texas, signed the order that is the subject of Relator's petition for writ of mandamus.